PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00298-DAD-BAM |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| RANDALL McKINNEY, | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Randall McKinney, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), defendant Randall McKinney's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. All checks and credit cards bearing various names;

   b. Asus laptop, model TP200S, serial number H2NLCX039433078;

   c. Acer laptop, model N20C1, serial number NHQB1AA0011190CE413400;

   d. Lenovo desktop, serial number ES11214180;

   e. Five boxes containing documents, checks, and papers; and

   f. A personal money judgment in the amount of $54,703.10.

2. The above-listed assets constitute property which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1708, or a conspiracy to commit such offense.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Federal Bureau of Investigation in its secure custody and control.

4. a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least thirty (30) consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: **April 5, 2022**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE