PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RANDALL McKINNEY,<br><br>　　　　　　　　　　　Defendant. | CASE NO. 1:21-CR-00298-DAD-BAM<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on April 5, 2022, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Randall McKinney in the following property:

      a. All checks and credit cards bearing various names;

      b. Asus laptop, model TP200S, serial number H2NLCX039433078;

      c. Acer laptop, model N20C1, serial number NHQB1AA0011190CE413400;

      d. Lenovo desktop, serial number ES11214180;

      e. Five boxes containing documents, checks, and papers; and

      f. A personal money judgment in the amount of $54,703.10.

AND WHEREAS, beginning on April 19, 2022, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third

1  parties of their right to petition the Court within sixty (60) days from the first day of
2  publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in
3  the forfeited property;
4      AND WHEREAS, the Court has been advised that no third party has filed a claim to the
5  subject property and the time for any person or entity to file a claim has expired.
6      Accordingly, it is hereby ORDERED and ADJUDGED:
7      1.    A Final Order of Forfeiture shall be entered forfeiting to the United States of
8  America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §
9  981(a)(1)(C) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right,
10 title, and interest of Randall McKinney.
11     2.    All right, title, and interest in the above-listed property shall vest solely in the
12 name of the United States of America.
13     3.    The Federal Bureau of Investigation shall maintain custody of and control over
14 the subject property until it is disposed of according to law.
15 IT IS SO ORDERED.
16     Dated:  **July 25, 2022**
17                                            UNITED STATES DISTRICT JUDGE